**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: Daniel L. Dionne
and Claudette E. Dionne

BANK OF AMERICA, NA,
                Appellant,

v.

DANIEL DIONNE and CLAUDETTE DIONNE,
                Appellees.

Case No: 6:15-cv-8-Orl-28
Bankr. Ct. Case No. 14-bk-11583-CCJ

## ORDER

This case is before the Court on remand from the United States Court of Appeals for the Eleventh Circuit. (See Doc. 17). The Eleventh Circuit vacated this Court's Order (Doc. 12) summarily affirming[1] the order of the bankruptcy court (Doc. 1-2; Bankr. Ct. Doc. 20) and remanded the case for further proceedings in light of Bank of America, N.A. v. Caulkett, 135 S. Ct. 1995 (2015). (See Doc. 17). Accordingly, it is **ORDERED** that the order that is the subject of this appeal (Bankr. Ct. Doc. 20) is **VACATED**, and this case is **remanded** to the bankruptcy court for further proceedings in light of Caulkett.

**DONE** and **ORDERED** in Orlando, Florida, on August 18, 2015.

                JOHN ANTOON II
                United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties

---

[1] This Court summarily affirmed the bankruptcy court's order at the request of Appellant, who sought to challenge binding Eleventh Circuit precedent on the issue presented. (See Docs. 8 & 12). Appellant has since successfully challenged that precedent.